543 U.S. 967
 MARTINEZ-HUITRON
v.
UNITED STATES;
MARTINEZ-SANCHEZ
v.
UNITED STATES.
MIRELES-TORRES
v.
UNITED STATES;
ORDUNA-OCHOA
v.
UNITED STATES;
OSORIO DE
KEITH, AKA KEITH, AKA GONZALEZ, AKA GONZALEZ DE GOMEZ
v.
UNITED STATES;
RAMOS-PENA
v.
UNITED STATES;
ROJAS-MONDRAGON
v.
UNITED STATES;
VALDEZ-ORTIZ
v.
UNITED STATES; and
ZAPATA-IBARRA
v.
UNITED STATES.
 No. 04-6384.
 Supreme Court of United States.
 November 1, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 101 Fed. Appx. 455 (sixth judgment), 457 (fourth judgment), 460 (eighth judgment), 462 (seventh judgment), 497 (third judgment), 529 (second judgment), and 555 (fifth judgment).